UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN WRIGHT,

    Plaintiff,

v.                              Case No.  8:08-cv-285-T-30EAJ

FLORIDA AUTOMOTIVE DISTRIBUTING,
INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. #6).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 4, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-285.dismissal 6.wpd